**DISMISS; and Opinion Filed July 9, 2013.**



# In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00626-CV

**ABEL TINOCO, Appellant**

**V.**

**DEUTSCHE BANK NATIONAL TRUST COMPANY,
AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES, INC.,
ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-R5, Appellee**

**On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-12-06315-A**

## MEMORANDUM OPINION

Before Justices O'Neill, Francis, and Fillmore
Opinion by Justice O'Neill

The Dallas County Clerk's Office informed this Court that the clerk's record had not been filed because appellant had not paid or made arrangements to pay the clerk's fee. By letter dated June 4, 2013, this Court instructed appellant to provide us, within ten days of the date of the letter, with either written verification that appellant has paid or made arrangements to pay the clerk's fee or written documentation that appellant has been found to be entitled to proceed without payment of costs. We cautioned appellant that failure to file the required documentation within the time requested may result in dismissal of the appeal. *See* TEX. R. APP. P. 37.3(b).

As of today's date, the Court has not received any response from appellant. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b) & (c).

/Michael J. O'Neill/

MICHAEL J. O'NEILL
JUSTICE

130626F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ABEL TINOCO, Appellant

No. 05-13-00626-CV      V.

DEUTSCHE BANK NATIONAL TRUST
COMPANY, AS TRUSTEE FOR
AMERIQUEST MORTGAGE
SECURITIES, INC., ASSET-BACKED
PASS-THROUGH CERTIFICATES,
SERIES 2005-R5, Appellee

On Appeal from the County Court at Law
No. 1, Dallas County, Texas.
Trial Court Cause No. CC-12-06315-A.
Opinion delivered by Justice O'Neill.
Justices Francis and Fillmore, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES, INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-R5, recover its costs of this appeal from appellant, ABEL TINOCO.

Judgment entered this 9th day of July, 2013.

/Michael J. O'Neill/

MICHAEL J. O'NEILL
JUSTICE

–3–